ORM 123 EDKY (Revised 8/96)

Eastern District of Kentucky
FILED
SEP 14 2005
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
PURSUANT TO THE CIVIL RIGHTS ACT, 42 U.S.C. §1983
OR
PURSUANT TO BIVENS V. SIX UNKNOWN FEDERAL NARCOTICS AGENTS, 403 U.S. 388

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

LONDON
Division of Court

MICHAEL SHANE BRITTON
(Enter above the full name of the plaintiff in this action)

VS:

CASE NO. 6:05-CV-502 KKC
(To be completed by Court)

(Deft. #1) KNOX COUNTY ANNEX, ET AL

(Deft. #2) SHERIFF JOHN PICKARD

(Deft. #3) _____
(Enter above the full name of the defendant(s) in this action)

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in State or Federal Court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      Yes ( )      No (X)

   B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Plaintiffs _____

      2. Defendants _____

      3. Court (If federal court, name the district; if state court, name the county):

4. Docket number _____ Date filed: _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   _____
   _____

6. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **PULASKI CO. DETENTION CENTER**

   A. IF YOU ARE A STATE/CITY/COUNTY PRISONER YOU MUST ANSWER:

   1. Is there a grievance procedure in the institution where the facts happened?
      Yes (X)    No ( )

   2. Did you present the facts relating to your complaint in an administrative remedy procedure?    Yes (X)    No ( )

   3. If your answer to 2 is YES, state what you did and what the result was:
      **I wrote a grievance to the Department of Corrections on August 22, 2005. I've received no reply.**

   4. If your answer to 2 is NO, explain why not: _____
      _____
      _____

   B. IF YOU ARE A FEDERAL PRISONER YOU MUST ANSWER:

   1. Did you present the facts to the prison authorities according to administrative procedures?    Yes ( )    No ( )

   2.a. If your answer to 1 is YES, state the level(s) of the administrative remedy procedure to which you presented the claim(s): (check)
      ____ to Warden
      ____ appeal of Warden's response to Regional Director
      ____ appeal of Regional Director's response to Office of General Counsel

   2.b. What was the result? _____
      _____

   3. If your answer to 1 is NO, explain why not. _____
      _____

III. **PARTIES**

A. Name of PLAINTIFF (your name) MICHAEL SHANE BRITTON
Address P.C.D.C. 300 HAIL KNOB RD.,
SOMERSET, KY 42501

B. Name of DEFENDANT #1: KNOX COUNTY ANNEX
Is employed as: Previously KNOX COUNTY JAIL
At: Jail Street, Barbourville, KY

Additional defendants: (If more than 3 defendants, you may use the back of this sheet or attach additional sheets)

Name of DEFENDANT #2: SHERIFF JOHN PICKARD
Is employed as: KNOX COUNTY SHERIFF
At: BARBOURVILLE, KY

Name of DEFENDANT #3: _____
Is employed as: _____
At: _____

IV. **STATEMENT OF CLAIM**

A. Which of your constitutional rights or federal law rights or what administrative regulation that applies to you has been violated?

8th Amendment of U.S. Constitution
Section 17 of Kentucky Constitution

B. State here the facts of your case. Describe how each defendant is involved. Include the names of other persons involved, dates and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet(s) if necessary.

Knox County Annex was previously known as Knox County Jail. On August 14, 2005, I was transported to the "KCA" for my August 15 court date. I was put in a "drunk tank" with over 20

other inmates, was given no mat to sleep on, and wasn't fed during my 24 hours there. The toilet in the drunk tank doesn't flush, so I had to urinate in a small flood drain in the floor. Sheriff John Pickard is in charge of running the Knox County Annex. Both Defendants have violated my rights to be free of cruel and unusual punishment.

V. RELIEF - State briefly exactly what you want the court to do for you.

Monetary damages of $250,000.00

I declare under penalty of perjury that the foregoing is true and correct.

9-10-05
Date Signed

Phil Britton
Signature of Plaintiff